J. W. Springstead, O. W. Rice, A. F. Burns, J. C. Burwell, S. E. Mickler, W. A. Fulton, W. P. Tucker, W. Hop Smith, M. P. Mickler, H. C. Mickler and W. R. Ayers, Plaintiffs in Error, v. Crawfordville State Bank, a Corporation, Defendant in Error.

Writ of error to an order granting a new trial.

Writ of error dismissed on motion of counsel for defendant in error.

---

East Coast Lumber Company, a Corporation, Petitioner, v. J. M. Murray, Respondent.

Petition for certiorari dismissed.

---

R. P. Blanton, Plaintiff in Error, v. West Coast Railway Company, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Taylor County.

Writ of error dismissed on motion of counsel for the defendant in error.